1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. MASSA,<br><br>  Plaintiff,<br><br>v.<br><br>LTM EAST and THE LAW OFFICE OF DONALD S. BURAK, ESQ.,<br><br>  Defendants. | Civil No. 07-CV-756-L(JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE [doc. #10]** |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion to dismiss the above-captioned case with prejudice. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: August 14, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL